# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MARTIN, BEVERLY B. | Eleventh Circuit | 4/19/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge - Active Status | ☐ Nomination Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 1/1/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

56 Forsyth Street NW
Atlanta, GA 30303

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 4/19/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Yale Law School | February 25-26, 2018 | New Haven, CT | Talk to Law School Class | Transportation, Lodging, and Meals |
| 2. | 2018 Justice Donald Corbin Appellate Institute | March 28-30, 2018 | Little Rock, AR | Speaker at Symposium | Transportation, Lodging, and Meals |
| 3. | University of California, Irvine | April 1-3, 2018 | Berkeley, CA | Judge on McBaine Moot Court Panel | Transportation, Lodging, and Meals |
| 4. | New York University School of Law | April 6-7, 2018 | New York City, NY | Chair of an interview panel to select NYU Root-Tilden-Kern Scholars | Transportation, Lodging, and Meals |
| 5. | University of Tennessee | October 17-19, 2018 | Knoxville, TN | Chair Advocates' Prize Competition | Transportation, Lodging, and Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 4/19/2019 |

| 6. | Indiana University | November 15-17, 2018 | Indianapolis, IN | Judge on Moot Court Panel | Transportation, Lodging, and Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 4/19/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 4/19/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Alps Medical Breakthroughs ETF | | None | | | Buy | 09/05/18 | J | | |
| 2. | | | | | Sold | 10/09/18 | J | | |
| 3. Alps Medical Breakthroughs ETF (IRA) | | None | | | Buy | 09/05/18 | J | | |
| 4. | | | | | Sold | 10/09/18 | J | | |
| 5. Bank of America checking Account | A | Int./Div. | M | T | | | | | |
| 6. Bank of America Money Market Account | A | Int./Div. | L | T | | | | | |
| 7. Bank of America Money Market Account | A | Int./Div. | J | T | | | | | |
| 8. Energy Select Sector SPDR Fund ETF | B | Dividend | K | T | Buy (add'l) | 10/10/18 | J | | |
| 9. | | | | T | Buy (add'l) | 10/15/18 | J | | |
| 10. | | | | | Sold (part) | 10/24/18 | J | A | |
| 11. Energy Select Sector SPDR Fund ETF (IRA) | A | Dividend | J | T | Buy (add'l) | 05/25/18 | J | | |
| 12. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 13. | | | | | Buy (add'l) | 10/15/18 | J | | |
| 14. | | | | | Sold (part) | 10/24/18 | J | A | |
| 15. Financial Select Sector SPDR Fund ETF | B | Dividend | M | T | Buy (add'l) | 03/01/18 | J | | |
| 16. | | | | | Buy (add'l) | 09/26/18 | K | | |
| 17. | | | | | Buy (add'l) | 10/05/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 4/19/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Financial Select Sector SPDR Fund ETF (IRA) | A | Dividend | K | T | Buy (add'l) | 03/01/18 | J | | |
| 19. | | | | | Buy (add'l) | 08/02/18 | J | | |
| 20. | | | | | Buy (add'l) | 09/05/18 | J | | |
| 21. | | | | | Buy (add'l) | 10/02/18 | J | | |
| 22. Global X Fintech ETF | | None | | | Buy | 10/18/18 | J | | |
| 23. | | | | | Buy (add'l) | 10/24/18 | J | | |
| 24. | | | | | Sold | 12/21/18 | K | | |
| 25. Global X Fintech ETF (IRA) | | None | J | T | Buy | 10/18/18 | J | | |
| 26. | | | | | Buy (add'l) | 10/24/18 | J | | |
| 27. | | | | | Buy (add'l) | 10/29/18 | J | | |
| 28. Invesco QQQ Trust ETF (formerly Powershares QQQ Trust ETF Ser 1) | A | Dividend | M | T | Sold (part) | 01/10/18 | J | | |
| 29. | | | | | Buy (add'l) | 10/08/18 | J | | |
| 30. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 31. | | | | | Buy (add'l) | 10/11/18 | J | | |
| 32. Invesco QQQ Trust ETF (IRA) (formerly Powershares QQQ Trust ETF Ser 1) | A | Dividend | K | T | Buy (add'l) | 05/14/18 | J | | |
| 33. | | | | | Buy (add'l) | 10/08/18 | J | | |
| 34. | | | | | Buy (add'l) | 10/10/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 4/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 10/11/18 | J | | |
| 36. | | | | | Buy (add'l) | 10/29/18 | J | | |
| 37. IShares Core MSCI Emerging Markets ETF | A | Dividend | K | T | Buy | 10/09/18 | J | | |
| 38. | | | | | Buy (add'l) | 10/15/18 | J | | |
| 39. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 40. | | | | | Buy (add'l) | 10/29/18 | J | | |
| 41. | | | | | Buy (add'l) | 11/19/18 | J | | |
| 42. IShares Core MSCI Emerging Markets ETF (IRA) | A | Dividend | J | T | Buy | 10/08/18 | J | | |
| 43. | | | | | Buy (add'l) | 10/09/18 | J | | |
| 44. | | | | | Buy (add'l) | 10/15/18 | J | | |
| 45. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 46. | | | | | Buy (add'l) | 10/29/18 | J | | |
| 47. IShares Europe ETF | B | Dividend | | | Buy (add'l) | 01/12/18 | J | | |
| 48. | | | | | Buy (add'l) | 01/23/18 | J | | |
| 49. | | | | | Sold (part) | 05/04/18 | J | A | |
| 50. | | | | | Sold | 08/13/18 | L | D | |
| 51. IShares Europe ETF (IRA) | | None | | | Buy (add'l) | 01/12/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 4/19/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 01/25/18 | J | | |
| 53. | | | | | Sold | 02/09/18 | K | B | |
| 54. | | | | | Buy | 06/26/18 | K | | |
| 55. | | | | | Sold | 08/13/18 | K | | |
| 56. IShares IBOXX $ INVT Grade Corporate Bond ETF | A | Dividend | | | Sold (part) | 03/01/18 | J | A | |
| 57. | | | | | Sold (part) | 03/07/18 | J | A | |
| 58. | | | | | Sold (part) | 03/08/18 | J | A | |
| 59. | | | | | Sold | 05/16/18 | J | | |
| 60. IShares IBOXX $ INVT Grade Corporate Bond ETF (IRA) | A | Dividend | | | Sold (part) | 03/01/18 | J | | |
| 61. | | | | | Sold (part) | 03/07/18 | J | | |
| 62. | | | | | Sold (part) | 03/08/18 | J | | |
| 63. | | | | | Sold | 05/14/18 | J | | |
| 64. IShares Core MSCI EAFE ETF | B | Dividend | | | Buy | 02/09/18 | K | | |
| 65. | | | | | Buy (add'l) | 02/13/18 | K | | |
| 66. | | | | | Sold | 06/21/18 | L | | |
| 67. | | | | | Buy | 08/13/18 | L | | |
| 68. | | | | | Sold (part) | 10/05/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 4/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 10/08/18 | J | | |
| 70. | | | | | Sold (part) | 10/09/18 | J | | |
| 71. | | | | | Sold (part) | 10/10/18 | J | | |
| 72. | | | | | Sold (part) | 10/11/18 | J | | |
| 73. | | | | | Sold (part) | 10/15/18 | J | | |
| 74. | | | | | Sold (part) | 10/16/18 | J | | |
| 75. | | | | | Sold (part) | 10/17/18 | J | | |
| 76. | | | | | Sold | 10/18/18 | J | | |
| 77. IShares Core MSCI EAFE ETF (IRA) | A | Dividend | | | Buy | 02/09/18 | K | | |
| 78. | | | | | Buy (add'l) | 03/12/18 | J | | |
| 79. | | | | | Buy (add'l) | 03/15/18 | J | | |
| 80. | | | | | Sold | 06/21/18 | K | | |
| 81. | | | | | Buy | 08/13/18 | K | | |
| 82. | | | | | Sold (part) | 08/14/18 | J | | |
| 83. | | | | | Sold (part) | 10/05/18 | J | | |
| 84. | | | | | Sold (part) | 10/08/18 | J | | |
| 85. | | | | | Sold (part) | 10/09/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 4/19/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 10/10/18 | J | | |
| 87. | | | | | Sold (part) | 10/11/18 | J | | |
| 88. | | | | | Sold (part) | 10/15/18 | J | | |
| 89. | | | | | Sold (part) | 10/16/18 | J | | |
| 90. | | | | | Sold (part) | 10/17/18 | J | | |
| 91. | | | | | Sold | 10/18/18 | J | | |
| 92. The IShares Core MSCI Europe ETF | None | | | | Buy | 09/07/18 | L | | |
| 93. | | | | | Sold (part) | 10/05/18 | J | A | |
| 94. | | | | | Sold (part) | 10/08/18 | J | | |
| 95. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 96. | | | | | Sold (part) | 10/22/18 | J | | |
| 97. | | | | | Sold (part) | 10/29/18 | J | | |
| 98. | | | | | Sold (part) | 11/12/18 | J | | |
| 99. | | | | | Sold | 11/16/18 | L | | |
| 100. The IShares Core MSCI Europe ETF (IRA) | None | | | | Buy | 10/10/18 | J | | |
| 101. | | | | | Sold (part) | 10/22/18 | J | | |
| 102. | | | | | Sold (part) | 10/29/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 4/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 11/12/18 | J | | |
| 104. | | | | | Sold | 11/16/18 | J | | |
| 105. IShares MSCI EAFE ETF | | None | | | Buy | 01/18/18 | J | | |
| 106. | | | | | Buy (add'l) | 01/23/18 | K | | |
| 107. | | | | | Sold | 02/09/18 | K | | |
| 108. | | | | | Buy | 06/21/18 | L | | |
| 109. | | | | | Sold | 08/13/18 | L | | |
| 110. IShares MSCI EAFE ETF (IRA) | | None | | | Buy | 01/17/18 | K | | |
| 111. | | | | | Sold | 02/09/18 | K | | |
| 112. | | | | | Buy | 06/21/18 | K | | |
| 113. | | | | | Sold (part) | 08/02/18 | J | A | |
| 114. | | | | | Sold | 08/13/18 | K | | |
| 115. IShares MSCI Emerging Markets ETF | A | Dividend | K | T | Buy (add'l) | 03/07/18 | J | | |
| 116. | | | | | Buy (add'l) | 05/16/18 | J | | |
| 117. IShares MSCI Emerging Markets ETF (IRA) | A | Dividend | | | Buy (add'l) | 03/07/18 | J | | |
| 118. | | | | | Sold | 08/17/18 | J | B | |
| 119. IShares Select Divid ETF | A | Dividend | J | T | Sold (part) | 01/18/18 | J | C | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 4/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 01/23/18 | J | C | |
| 121. | | | | | Sold (part) | 02/13/18 | J | B | |
| 122. IShares Select Divid ETF (IRA) | | None | | | Sold | 01/17/18 | K | C | |
| 123. Ishares U.S. Technology ETF (IRA) | A | Dividend | J | T | | | | | |
| 124. J.M. & Star, Macon, Bibb County, GA | B | Rent | J | W | | | | | |
| 125. Lone Star Corp | E | Dividend | L | W | | | | | |
| 126. Rental Property, Atlanta, Fulton County, GA | E | Rent | M | R | | | | | |
| 127. SPDR S&P Bank ETF | | None | | | Buy | 10/05/18 | J | | |
| 128. | | | | | Buy (add'l) | 10/08/18 | J | | |
| 129. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 130. | | | | | Buy (add'l) | 10/16/18 | J | | |
| 131. | | | | | Sold | 11/15/18 | J | | |
| 132. SPDR S&P Bank ETF (IRA) | | None | | | Buy | 10/05/18 | J | | |
| 133. | | | | | Buy (add'l) | 10/08/18 | J | | |
| 134. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 135. | | | | | Buy (add'l) | 10/16/18 | J | | |
| 136. | | | | | Sold (part) | 10/29/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 4/19/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 11/15/18 | J | | |
| 138. SPDR S&P Biotech ETF | A | Dividend | K | T | Sold (part) | 01/22/18 | J | A | |
| 139. | | | | | Buy (add'l) | 09/05/18 | J | | |
| 140. | | | | | Buy (add'l) | 10/08/18 | J | | |
| 141. | | | | | Buy (add'l) | 10/09/18 | J | | |
| 142. | | | | | Buy (add'l) | 10/22/18 | J | | |
| 143. | | | | | Buy (add'l) | 11/12/18 | J | | |
| 144. | | | | | Sold (part) | 12/21/18 | J | B | |
| 145. SPDR S&P Biotech ETF (IRA) | A | Dividend | J | T | Buy (add'l) | 09/27/18 | J | | |
| 146. | | | | | Buy (add'l) | 10/08/18 | J | | |
| 147. | | | | | Buy (add'l) | 10/09/18 | J | | |
| 148. | | | | | Buy (add'l) | 10/22/18 | J | | |
| 149. | | | | | Buy (add'l) | 11/12/18 | J | | |
| 150. SPDR S&P REGL Banking ETF | A | Dividend | | | Buy | 03/08/18 | J | | |
| 151. | | | | | Buy (add'l) | 05/04/18 | K | | |
| 152. | | | | | Buy (add'l) | 05/25/18 | J | | |
| 153. | | | | | Sold | 09/26/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 4/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy | 11/15/18 | J | | |
| 155. | | | | | Buy (add'l) | 11/19/18 | J | | |
| 156. | | | | | Sold | 12/21/18 | J | | |
| 157.  SPDR S&P REGL Banking ETF (IRA) | A | Dividend | J | T | Buy | 03/08/18 | J | | |
| 158. | | | | | Buy (add'l) | 05/07/18 | J | | |
| 159. | | | | | Buy (add'l) | 05/14/18 | J | | |
| 160. | | | | | Buy (add'l) | 05/23/18 | J | | |
| 161. | | | | | Sold (part) | 09/27/18 | J | | |
| 162. | | | | | Sold | 10/02/18 | J | | |
| 163. | | | | | Buy | 11/15/18 | J | | |
| 164.  UBS Bank USA Dep Acct (IRA) | A | Interest | J | T | | | | | |
| 165.  UBS Bank USA Deposit | A | Interest | L | T | | | | | |
| 166.  Vanguard FTSE Emerging Markets ETF (IRA) | A | Dividend | | | Buy | 08/17/18 | J | | |
| 167. | | | | | Sold | 10/08/18 | J | | |
| 168.  Vanguard FTSE Europe ETF | A | Dividend | K | T | Buy | 08/13/18 | L | | |
| 169. | | | | | Sold | 09/07/18 | L | | |
| 170. | | | | | Buy | 11/16/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 4/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 12/21/18 | J | | |
| 172. Vanguard FTSE Europe ETF (IRA) | A | Dividend | J | T | Buy | 02/09/18 | K | | |
| 173. | | | | | Sold (part) | 05/23/18 | J | A | |
| 174. | | | | | Sold (part) | 05/25/18 | J | A | |
| 175. | | | | | Sold | 06/26/18 | K | | |
| 176. | | | | | Buy | 08/13/18 | K | | |
| 177. | | | | | Sold (part) | 10/05/18 | J | | |
| 178. | | | | | Sold (part) | 10/08/18 | J | | |
| 179. | | | | | Sold | 10/10/18 | J | | |
| 180. | | | | | Buy | 11/16/18 | J | | |
| 181. Vanguard Growth ETF | B | Dividend | M | T | Buy (add'l) | 10/08/18 | J | | |
| 182. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 183. Vanguard Growth ETF (IRA) | A | Dividend | K | T | Buy (add'l) | 05/14/18 | J | | |
| 184. | | | | | Buy (add'l) | 08/02/18 | J | | |
| 185. | | | | | Buy (add'l) | 08/14/18 | J | | |
| 186. | | | | | Buy (add'l) | 10/08/18 | J | | |
| 187. | | | | | Buy (add'l) | 10/10/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 4/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. Vanguard Mid-Cap ETF | C | Dividend | M | T | Buy (add'l) | 11/19/18 | J | | |
| 189. Vanguard Mid-Cap ETF (IRA) | A | Dividend | K | T | Buy (add'l) | 05/14/18 | J | | |
| 190. Vanguard Small-Cap ETF | B | Dividend | M | T | | | | | |
| 191. Vanguard Small-Cap ETF (IRA) | A | Dividend | K | T | | | | | |
| 192. Vanguard Value ETF | D | Dividend | N | T | Buy (add'l) | 03/08/18 | J | | |
| 193. | | | | | Buy (add'l) | 11/19/18 | K | | |
| 194. Vanguard Value ETF (IRA) | A | Dividend | K | T | Buy (add'l) | 03/08/18 | J | | |
| 195. | | | | | Buy (add'l) | 05/14/18 | J | | |
| 196. | | | | | Buy (add'l) | 09/05/18 | J | | |
| 197. Vanguard Health Care ETF | B | Dividend | L | T | Buy (add'l) | 10/15/18 | J | | |
| 198. | | | | | Buy (add'l) | 11/12/18 | J | | |
| 199. Vanguard Health Care ETF (IRA) | A | Dividend | K | T | Sold (part) | 05/14/18 | J | B | |
| 200. | | | | | Buy (add'l) | 10/15/18 | J | | |
| 201. | | | | | Buy (add'l) | 11/12/18 | J | | |
| 202. Wisdomtree Europe Hedged Equity Fund ETF | A | Dividend | | | Sold (part) | 01/12/18 | J | C | |
| 203. | | | | | Sold (part) | 01/23/18 | K | D | |
| 204. | | | | | Sold (part) | 05/04/18 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 4/19/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 09/05/18 | J | B | |
| 206. | | | | | Sold (part) | 10/08/18 | J | A | |
| 207. | | | | | Sold (part) | 10/10/18 | J | A | |
| 208. | | | | | Sold | 10/16/18 | J | B | |
| 209. Wisdomtree Europe Hedged Equity Fund ETF (IRA) | A | Dividend | | | Sold (part) | 01/12/18 | J | A | |
| 210. | | | | | Sold (part) | 01/25/18 | J | B | |
| 211. | | | | | Sold | 05/14/18 | J | B | |
| 212. Wisdomtree Japan Hedged Equity Fund ETF | A | Dividend | | | Sold (part) | 01/23/18 | J | B | |
| 213. | | | | | Sold (part) | 02/13/18 | J | C | |
| 214. | | | | | Sold (part) | 05/04/18 | J | A | |
| 215. | | | | | Sold (part) | 05/25/18 | J | C | |
| 216. | | | | | Sold (part) | 10/10/18 | J | B | |
| 217. | | | | | Sold | 11/19/18 | K | D | |
| 218. Wisdomtree Japan Hedged Equity Fund ETF (IRA) | A | Dividend | J | T | Sold (part) | 03/12/18 | J | B | |
| 219. | | | | | Sold (part) | 03/15/18 | J | B | |
| 220. | | | | | Sold (part) | 09/05/18 | J | A | |
| 221. | | | | | Sold (part) | 10/10/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 8: In 2017 Financial Disclosure Report, Section VII, Line 4, referred to as "Energy Sector SPDR Trust"

Line 11: In 2017 Financial Disclosure Report, Section VII, Line 6, referred to as "Energy Sector SPDR Trust (IRA)"

Line 15: In 2017 Financial Disclosure Report, Section VII, Line 7, referred to as "Financial Sector SPDR Trust ETF"

Line 18: In 2017 Financial Disclosure Report, Section VII, Line 8, referred to as "Financial Sector SPDR Trust ETF (IRA)"

Line 56: In 2017 Financial Disclosure Report, Section VII, Line 9, referred to as "Ishares IBOXX $ INVT Grade Corporate Bond"

Line 60: In 2017 Financial Disclosure Report, Section VII, Line 10, referred to as "Ishares IBOXX $ INVT Grade Corporate Bond (IRA)"

Line 119: In 2017 Financial Disclosure Report, Section VII, Line 13, referred to as "Ishares Select Divid ETF DE"

Line 122: In 2017 Financial Disclosure Report, Section VII, Line 14, referred to as "Ishares Select Divid ETF DE (IRA)"

Line 126: I bought this rental property on June 15, 2016 for a purchase price of $235,000.

Line 138: In 2017 Financial Disclosure Report, Section VII, Line 28, referred to as "SPDR S&P Biotech ETF DE"

Line 145: In 2017 Financial Disclosure Report, Section VII, Line 30, referred to as "SPDR S&P Biotech EFT DE (IRA)"

Line 181: In 2017 Financial Disclosure Report, Section VII, Line 33, referred to as "Vanguuard Index Funds Vanguard Growth ETF"

Line 183: In 2017 Financial Disclosure Report, Section VII, Line 34, referred to as "Vanguard Index Funds Vanguard Growth ETF (IRA)"

Line 188: In 2017 Financial Disclosure Report, Section VII, Line 35, referred to as "Vanguard Index Funds Vanguard Mid Cap ETF"

Line 189: In 2017 Financial Disclosure Report, Section VII, Line 36, referred to as "Vanguard Index Funds Vanguard Mid Cap ETF (IRA)"

Line 190: In 2017 Financial Disclosure Report, Section VII, Line 37, referred to as "Vanguard Index Funds Vanguard Small Cap ETF"

Line 191: In 2017 Financial Disclosure Report, Section VII, Line 38, referred to as "Vanguard Index Funds Vanguard Small Cap ETF (IRA)"

Line 192: In 2017 Financial Disclosure Report, Section VII, Line 39, referred to as "Vanguard Index Funds Vanguard Value ETF"

Line 194: In 2017 Financial Disclosure Report, Section VII, Line 40, referred to as "Vanguard Index Funds Vanguard Value ETF (IRA)"

Line 197: In 2017 Financial Disclosure Report, Section VII, Line 41, referred to as "Vanguard Sector Index FD Vanguard Health Care"

Line 199: In 2017 Financial Disclosure Report, Section VII, Line 42, referred to as "Vanguard Sector Index FD Vanguard Health Care (IRA)"

Line 202: In 2017 Financial Disclosure Report, Section VII, Line 43, referred to as "Wisdomtree Trust Europe Hedged Equity FD ETF"

Line 209: In 2017 Financial Disclosure Report, Section VII, Line 44, referred to as "Wisdomtree Trust Europe Hedged Equity FD ETF (IRA)"

Line 212: In 2017 Financial Disclosure Report, Section VII, Line 45, referred to as "Wisdomtree Trust Japan Hedged Equity FD"

Line 218: In 2017 Financial Disclosure Report, Section VII, Line 46, referred to as "Wisdomtree Trust Japan Hedged Equity FD (IRA)"

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ BEVERLY B. MARTIN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544